1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

10

11    STEPHANIE MORENO,                    Case No. 2:25-cv-00736-BJR

12            Plaintiff,                   **ORDER TO EXTEND TIME  TO RESPOND
                                           TO COMPLAINT**
13        v.

14    LABORATORY SERVICES
      COOPERATIVE,
15
              Defendant.
16

17

18

19

20

21

22

23

24

TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
T: 949.622.2443 / F: 949.622.2739

The Court has reviewed and considered Defendant Laboratory Services Cooperative's Unopposed Motion for Extension of Time to File an Answer or Otherwise Respond to the Complaint filed by Plaintiff Stephanie Moreno up to and including June 20, 2025.  For good cause appearing, the Court grants the Motion.  Defendant Laboratory Services Cooperative shall have up to and including June 20, 2025 to answer or otherwise respond to the Complaint.

SO ORDERED.

Dated: May 15, 2025.


_____

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 2
(Case No. 2:25-cv-00736-BJR)

TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
T: 949.622.2443 / F: 949.622.2739